JAMISON *v.* BUCKNER.

JAMISON
v.
BUCKNER.

The act authorising a defendant, in actions of assumpsit, to plead a want or failure of consideration specially, is cumulative, and does not take away the party's right, existing before the act, to avail himself of such a defence under the general issue.

ERROR to the *Marion* Circuit Court.   Assumpsit by *Buck-ner* against *Jamison.*   Plea, non-assumpsit.   Verdict and judgment for the plaintiff.

*Friday,
May* 18.

SCOTT, J.—On the general issue, in an action of assumpsit, the Court refused to hear evidence, on the part of the defendant, of a failure of consideration.   By our statute, regulating the practice in suits at law, the defendant is authorised to allege the want or failure of consideration, by special plea.   R. C. 1824, p. 295 (1).   Prior to the statute, evidence of that fact could have been given on the general issue.   The statute is cumulative, and does not take away the right which existed prior to its enactment.

*Per Curiam.*—The judgment is reversed with costs.

*Fletcher,* for the plaintiff.

*Gregg,* for the defendant.

(1) Accord. R. C. 1831, p. 405.